# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. WILSON and SHAY J. WILSON,<br><br>Defendants. | Case No. 1:13-cv-01385-LJO-SMS<br><br>**JUDGMENT OF DEFAULT**<br><br><br>(Doc. 15) |

The Court having considered the United States' motion for default judgment, and good cause having been shown, it is hereby ORDERED that judgment be entered in favor of Plaintiff United States of America and against Defendants Donald J. Wilson and Shay J. Wilson for individual income tax liabilities for the years 1996, 1997, 1999, 2000, 2001, 2003, 2004, and 2011 in the amount of $194,147.43 plus interest accruing from April 30, 2014, pursuant to 26 U.S.C. §§ 6601, 6621, and 6922, and 28 U.S.C. § 1961 (c). The Clerk of Court is directed to close the case.


IT IS SO ORDERED.

Dated:   __June 4, 2014__                    ___/s/ Lawrence J. O'Neill___
                                                   UNITED STATES DISTRICT JUDGE

1